[No. 7731–4–III.   Division Three.   June 7, 1988.]

PACIFIC FIRST FEDERAL SAVINGS BANK, *Respondent*, v.
JAMES GORDON, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Benton County, No. 85–2–01257–4, Albert J. Yencopal, J., entered February 26, 1986. *Affirmed* by unpublished opinion per Munson, J., concurred in by Thompson, A.C.J., and Green, J.

[No. 10912–3–II.   Division Two.   June 8, 1988.]

THE STATE OF WASHINGTON, *Appellant*, v. PETER J. ERBEN, *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 86–1–00213–1, Robert L. Charette, J., entered April 13, 1987. *Reversed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Reed, C.J., and Worswick, J.

[No. 11108–0–II.   Division Two.   June 8, 1988.]

*In the Matter of the Marriage of* ELIZABETH ECKSTEIN, *Respondent, and* DANIEL T. ECKSTEIN, *Appellant*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 83–3–00004–4, William E. Howard, J., entered May 20, 1987. *Affirmed* by unpublished per curiam opinion.